UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FINAZZO FAMILY LIMITED
PARTNERSHIP, a Florida limited
liability partnership

    Plaintiff,

v.                                                    Case No: 2:16-cv-525-FtM-99CM

REPUBLIC VANGUARD
INSURANCE COMPANY,

    Defendant.

## ORDER

This matter comes before the Court upon review of Plaintiff's Motion for Extension of Time to Disclose Expert Report (Doc. 29) filed on February 3, 2017. Plaintiff seeks to extend its deadline of February 3, 2017 to disclose expert reports by ten (10) days. Doc. 29. Defendant does not oppose the requested relief. *Id.*

District courts have broad discretion when managing their cases in order to ensure that the cases move to a timely and orderly conclusion. *Chrysler Int'l Corp. v. Chemaly*, 280 F.3d 1358, 1360 (11th Cir. 2002). Rule 16 requires a showing of good cause for modification of a court's scheduling order. Fed. R. Civ. P. 16(b)(4). "This good cause standard precludes modification unless the schedule cannot be met despite the diligence of the party seeking the extension." *Sosa v. Airprint Sys., Inc.*, 133 F. 3d 1417, 1418 (11th Cir. 1998) (internal quotations and citations omitted).

Here, Plaintiff's motion neither addresses the relevant legal standard nor sufficiently shows good cause pursuant to Rule 16. *See id.* The Court, however,

- 2 -

will grant this motion because the present motion is unopposed and this matter's Case Management and Scheduling Order has not been amended.   Docs. 27, 29.

ACCORDINGLY, it is hereby

**ORDERED:**

Plaintiff's Motion for Extension of Time to Disclose Expert Report (Doc. 29) is **GRANTED**.   Plaintiff shall have up to and including **February 13, 2017** to disclose expert reports.

**DONE** and **ORDERED** in Fort Myers, Florida on this 6th day of February, 2017.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record