UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FINAZZO FAMILY LIMITED
PARTNERSHIP, a Florida limited
liability partnership

    Plaintiff,

v.                              Case No: 2:16-cv-525-FtM-99CM

REPUBLIC VANGUARD
INSURANCE COMPANY,

    Defendant.

## ORDER

This matter comes before the Court upon review of Defendant's Motion for Extension of Time to Disclose Expert Report (Doc. 31) filed on February 21, 2017. Defendant seeks to extend its deadline of March 3, 2017 to disclose expert reports by ten (10) days. Doc. 31. Plaintiff does not oppose the requested relief. *Id.* On January 18, 2017, Senior United States District Judge John E. Steele entered a Case Management and Scheduling Order setting the discovery and mediation deadlines to April 19, 2017, the deadline for dispositive motions to May 1, 2017, and a trial term of September 5, 2017. Doc. 27 at 1-2.

District courts have broad discretion when managing their cases in order to ensure that the cases move to a timely and orderly conclusion. *Chrysler Int'l Corp. v. Chemaly*, 280 F.3d 1358, 1360 (11th Cir. 2002). Rule 16 requires a showing of good cause for modification of a court's scheduling order. Fed. R. Civ. P. 16(b)(4). "This good cause standard precludes modification unless the schedule cannot be met

despite the diligence of the party seeking the extension." *Sosa v. Airprint Sys., Inc.*, 133 F. 3d 1417, 1418 (11th Cir. 1998) (internal quotations and citations omitted).

Here, the present motion neither addresses the relevant legal standard nor sufficiently shows good cause pursuant to Rule 16. *See id.* Although the Court will grant the present motion because the motion is unopposed and the requested extension is brief, the parties should be aware that their motions must address proper legal standards and make an appropriate showing. Doc. 31.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Defendant's Motion for Extension of Time to Disclose Expert Report (Doc. 31) is **GRANTED**.

2. Defendant shall have up to and including **March 13, 2017** to disclose expert reports.

**DONE** and **ORDERED** in Fort Myers, Florida on this 22nd day of February, 2017.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record